# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-04559-ODW (GJSx) | Date | October 11, 2022 |
|---|---|---|---|
| Title | *Jesus Garcia v. Benav, LLC, et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's Notice of Settlement (ECF No. 15), indicating that the case has settled in its entirety, this action is placed on inactive status.

By **November 10, 2022**, the parties shall file a dismissal that complies with Federal Rule of Civil Procedure 41. Failure to timely comply with this order shall result in the dismissal of this action. All other dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |